UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) 1:15-cr-00072-JDL |
| | ) |
| ROGER BELANGER and | ) |
| | ) |
| KELLI MUJO, | ) |
| | ) |
| Defendants. | ) |

U.S. DISTRICT COURT
BANGOR, MAINE
RECEIVED AND FILED
2016 AUG 19 P 2: 26
BY
DEPUTY CLERK

## JURY SPECIAL VERDICT FORM (FORFEITURE)

We, the jury, return the following Special Verdict:

1. We, the jury, unanimously find by a preponderance of the evidence, that the following personal property was used to commit, or to facilitate the commission of, the drug conspiracy charged in Count One of the Indictment for which Defendant, Roger Belanger, was convicted:
   A. $6,783.00 in U.S. currency seized from the residence of Defendant Roger Belanger on November 21, 2014, by the U.S. Drug Enforcement Administration and assigned Asset I.D. No. 15-DEA-606775.

   Yes ✓        No _____

2. We, the jury, unanimously find by a preponderance of the evidence, that the following personal property constitutes, or was derived from, proceeds of the drug conspiracy charged in Count One of the Indictment for which Defendant, Roger Belanger, was convicted:
   B. $6,783.00 in U.S. currency seized from the residence of Defendant Roger Belanger on November 21, 2014, by the U.S. Drug Enforcement Administration and assigned Asset I.D. No. 15-DEA-606775.

   Yes ✓        No _____

*Please sign and date the form.*

Dated: August 19, 2016.

Original on file with the Clerk's Office

Jury Foreperson