UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| **ROGER BELANGER,** | ) |
| | ) |
|   Petitioner, | ) |
| | ) |
|       v. | )   1:15-cr-00072-JDL-1 |
| | ) |
| **UNITED STATES OF AMERICA,** | ) |
| | ) |
|   Respondent. | ) |

**ORDER ACCEPTING THE RECOMMENDED DECISION
OF THE MAGISTRATE JUDGE**

Roger Belanger moves under 28 U.S.C.A. § 2255 (West 2020) to vacate, set aside, or correct his sentence (ECF No. 626). United States Magistrate Judge John C. Nivison filed his Recommended Decision on Belanger's motion on April 17, 2020 (ECF No. 641), pursuant to 28 U.S.C.A. § 636(b)(1)(B) and Rule 8(b) of the Rules Governing Section 2255 Proceedings. Neither party filed an objection to the Recommended Decision. The Magistrate Judge provided notice that a party's failure to object would waive the right to *de novo* review and appeal.

I have reviewed and considered the Magistrate Judge's Recommended Decision, together with the entire record, and I have made a *de novo* determination of all matters adjudicated by the Magistrate Judge's Recommended Decision. I concur with the recommendations of the United States Magistrate Judge for the reasons set forth in his Recommended Decision, and determine that no further proceeding is necessary.

It is therefore **ORDERED** that the Recommended Decision of the Magistrate Judge (ECF No. 641) is hereby **ACCEPTED**, and the Petitioner's 28 U.S.C.A. § 2255

2

motion (ECF No. 626) is **DISMISSED**. It is further **ORDERED** that no certificate of appealability should issue in the event the Petitioner files a notice of appeal because there is no substantial showing of the denial of a constitutional right within the meaning of 28 U.S.C.A. § 2253(c)(2).

**SO ORDERED.**

**Dated this 19th day of May, 2020.**

                                                  /s/ JON D. LEVY  
                                   **CHIEF U.S. DISTRICT JUDGE**