UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| | ) |
| v. | ) 1:15-cr-00072-JDL |
| | ) |
| ROGER BELANGER, | ) |
| | ) |
| Defendant. | ) |

ORDER ON MOTION FOR SENTENCING REDUCTION UNDER
18 U.S.C. § 3582(c)(1)(A)COMPASSIONATE RELEASE

Pursuant to the Compassionate Release Order issued on September 4, 2020 (ECF No. 657), Roger Belanger's previously imposed sentence of imprisonment (ECF No. 533) is reduced to time served subject to (1) the development of a release plan approved by the court, (2) the development of an appropriate supervision plan approved by the court, and (3) the previously imposed stringent conditions of supervised release for a term of 5 years from the date of his release (ECF No. 535).

On September 22, 2020, I received the U.S. Probation and Pretrial Services' proposed release plan. On September 25, 2020, I held a telephonic conference with counsel and Probation Officer Mitchell Oswald to discuss the conditions under which Belanger should be released from the custody of the Bureau of Prisons. After review of the proposed plan, and for the reasons stated on the record of the telephonic conference it is ORDERED that:

1. Roger Belanger's sentence of imprisonment is reduced to time served.

2. Roger Belanger shall be immediately released from Devens Federal Medical Center ("FMC Devens) subject to the following:

    a. The Bureau of Prisons shall immediately quarantine Belanger and shall administer an RNA COVID-19 test to him.  Upon the Bureau of Prisons' receipt of a negative test result, it shall release Belanger from custody.

    b. In the event Belanger's COVID-19 test result is positive, he shall remain in quarantine for an additional fourteen days, and shall then be released from custody on the fifteenth day.

    c. In the event Belanger's COVID-19 test result is not received within fourteen days, Belanger shall be released from custody on the fifteenth day.

3. Upon Belanger's release from custody, he shall commence a five-year term of supervised release subject to the conditions of supervised release previously ordered by the Court.

**SO ORDERED.**

Dated: September 25, 2020

                                                      /s/ JON D. LEVY
                                        **CHIEF U.S. DISTRICT JUDGE**